2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 24-21810-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Keith R. Blackledge
203 Pinehurst Road
Butler PA 16001

Ashley L. Blackledge
203 Pinehurst Road
Butler PA 16001

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/10/2026.

Name and Address of Alleged Transferor(s):

Claim No. 8: Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Lakeview Loan Servicing LLC
C/O M&T BANK
P.O. Box 840
Buffalo, NY 14240-0840

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/15/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21810-GLT |
| Keith R. Blackledge | Chapter 13 |
| Ashley L. Blackledge | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 13, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16436925 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 14 2026 01:37:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Joint Debtor Ashley L. Blackledge amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Ashley L. Blackledge amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Keith R. Blackledge amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Keith R. Blackledge amy@zemalawoffice.com |
| Brent J. Lemon | |

District/off: 0315-2                                    User: auto                                              Page 2 of 2

Date Rcvd: Jul 13, 2026                                Form ID: trc                                           Total Noticed: 1

on behalf of Creditor Medallion Bank blemon@bernsteinlaw.com  aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Jeffrey Hunt
                        on behalf of Creditor Peoples Gas Company  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
                        PNGbankruptcy@peoples-gas.com

Matthew Fissel
                        on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew F. Marshall
                        on behalf of Creditor Armco Credit Union mmarshall@dmkcg.com  spavick@dmkcg.com

Matthew F. Marshall
                        on behalf of Defendant Armco Credit Union mmarshall@dmkcg.com  spavick@dmkcg.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Roger Fay
                        on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 12